UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 8:25-cv-00552-JWH-ADS | | Date | May 18, 2026 |
|---|---|---|---|---|
| Title | *Jose Alonso et al v. Nissan North America, Inc. et al* | | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  ORDER TO SHOW CAUSE REGARDING SANCTIONS FOR FAILURE TO FILE MANDATORY PRETRIAL MATERIALS (IN CHAMBERS)**

A Court may, on motion or on its own initiative, issue any just order if a party or its attorney fails to obey a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C). Parties may be sanctioned for late filings under L.R. 7-13, which includes monetary sanctions or the imposition of costs and attorneys' fees. *See* L.R. 83-7. Additionally, the failure of a plaintiff to prosecute or to comply with these rules or court orders may result in the involuntary dismissal of the case. Fed. R. Civ. P. 41(b).

In the instant action, it appears that neither Plaintiffs Jose Alonso and Elena Alonso nor Defendant Nissan North America, Inc. has complied with the deadlines set forth in the Civil Trial Scheduling Order.[1] The Order required the parties to file the following materials by May 8, 2026—*i.e.*, at least 21 days before May 29, 2026, Final Pretrial Conference:

---

[1]    *See* Civil Trial Scheduling Order (the "Order") [ECF No. 18]; Scheduling Notice and Order [ECF No. 29].

- memorandum of contentions of fact and law;
- witness lists; and
- joint exhibit list.

The parties have filed none of those documents.

The Order also required the parties to file the following materials by May 15, 2026—*i.e.*, at least 14 days before the Final Pretrial Conference:

- proposed Final Pretrial Conference Order;
- proposed jury instructions and any objections thereto;
- proposed verdict forms;
- statement of the case; and
- proposed *voir dire* questions, if desired.

The parties have filed none of those documents either.

Because the parties have failed to file the materials listed above in a timely manner, the Court, on its own motion, hereby **ORDERS** as follows:

1.      Counsel of record for Plaintiff and Defendant, and each of them, are Ordered to Show Cause in writing at or before 12:00 noon on May 22, 2026, why sanctions in the amount of $500 per counsel of record should not be issued.

2.      Plaintiff is Ordered to Show Cause in writing at or before 12:00 noon on May 22, 2026, why this action should not be dismissed for lack of prosecution.

3.      A hearing on this Order to Show Cause is **SET** for May 29, 2026, at 1:00 p.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.  All counsel of record are **DIRECTED** to attend the hearing.

**IT IS SO ORDERED.**