JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOSE ALONSO, an individual, and ELENA ALONSO, an individual,

Plaintiffs,

vs.

NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

Defendants.

Case No.: 8:25-cv-00552-JWH-ADS

**JUDGMENT**

Plaintiffs Jose Alonso and Elena Alonso accepted Defendant Nissan North America, Inc.'s Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on May 15, 2026. Accordingly,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in **FAVOR** of Plaintiffs in the amount of $30,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated: ___May 20, 2026___

_____
Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE